UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARCIA K. DOTSON

       Vs.

                                CASE NO.: 3:13CV604(MPS)

PROGRESSIVE FINANCIAL
SERVICES, INC.

## JUDGMENT

One hundred twenty (120) days having elapsed since the filing of the complaint and issuance of a summons without a return of service, and

No action having been taken by the plaintiff subsequent to such notice and no satisfactory explanation therefore having been submitted to the court within thirty days (30) of such notice;

It is ORDER that this case is hereby dismissed pursuant to Rule 4(m), FRCP.

Dated at Hartford, Connecticut this 21st day of November, 2013.

                                                    ROBIN D. TABORA, Clerk

                                                    By:_____/s/_____
                                                         Devorah Johnson
                                                         Deputy Clerk

EOD____11/21/13____